# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN OBERLANDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. A. No. 1:24-cv-00951-JLH |
| NEW CASTLE COUNTY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 8 and 12(b)(6), Defendants, New Castle County (the "County"), County Executive Matthew Meyer ("Meyer"), County Chief Financial Officer Michael Smith ("Smith"), and County Chief Human Resources Officer Jacqueline Jenkins ("Jenkins") (collectively, "Defendants"), through their undersigned counsel, respectfully move this Honorable Court for dismissal of Plaintiff's Complaint [D.I. 1] as set forth more specifically below:

(1) Dismiss, without prejudice Meyer, Smith, and Jenkins from this suit pursuant to Rule 8 for failure to identify any claims against them, or, alternatively, in the exercise of the Court's discretion, because any claims against them are "redundant;"

(2) Dismiss without prejudice Counts I and III as "shotgun pleadings" violating Rule 8(a)(2);

(3) Dismiss without prejudice Count II for failure to state a claim pursuant to Rule 12(b)(6) and because Plaintiff failed to exhaust administrative remedies related to Plaintiff's Second Charge of Discrimination before filing the Complaint;

(4) Dismiss with prejudice Counts V and VI for failure to state a claim pursuant to Rule 12(b)(6), because amendment would be futile.

The grounds for this Motion are fully set forth in *Defendants' Opening Brief in Support of Their Motion to Dismiss Plaintiff's Complaint*, filed contemporaneously and incorporated by reference.

Dated: August 29, 2024         **NEW CASTLE COUNTY OFFICE OF LAW**

/s/ Wilson B. Davis
Wilson B. Davis (No. 5154)
County Attorney
E-mail: Wilson.davis@newcastlede.gov
Helene Episcopo (No. 6406)
E-mail: helene.episcopo@newcastlede.gov
New Castle County Government Center
87 Reads Way
New Castle, DE 19720
Telephone: (302) 395-5130

*Attorneys for New Castle County, Matthew Meyer, Michael Smith, and Jacqueline Jenkins*