# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN OBERLANDER, ) | |
| ) | Civ. A. No. 1:24-cv-00951-JLH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW CASTLE COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
## FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 8 and 12(b)(6), Defendants, New Castle County, County Executive Matthew Meyer, and County Chief Human Resources Officer Jacqueline Jenkins (collectively, "Defendants"), through their undersigned counsel, respectfully move this Honorable Court for dismissal of Plaintiff's First Amended Complaint [D.I. 5] as set forth more specifically below:

(1) Dismiss Counts III and IV against all Defendants for failure to state a claim pursuant to Rule 12(b)(6);

(2) Dismiss without prejudice Counts I and III as "shotgun pleadings" violating Rule 8(a)(2); and

(3) Dismiss without prejudice Count II for failure to state a claim pursuant to Rule 12(b)(6).

The grounds for this Motion are fully set forth in *Defendants' Opening Brief in Support of Their Motion to Dismiss Plaintiff's First Amended Complaint*, filed contemporaneously and incorporated by reference.

## NEW CASTLE COUNTY OFFICE OF LAW

Dated: September 19, 2024

/s/ *Wilson B. Davis*
Wilson B. Davis (No. 5154)
County Attorney
E-mail: Wilson.davis@newcastlede.gov
Helene Episcopo (No. 6406)
E-mail: helene.episcopo@newcastlede.gov
New Castle County Government Center
87 Reads Way
New Castle, DE 19720
Telephone: (302) 395-5130

*Attorneys for New Castle County, Matthew Meyer, and Jacqueline Jenkins*