# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN OBERLANDER,<br><br>Plaintiff,<br><br>v.<br><br>NEW CASTLE COUNTY, *et. al*,<br><br>Defendants. | C.A. No. 24-951-JLH-SRF |

## ORDER

WHEREAS, on August 1, 2025, U.S. Magistrate Judge Sherry R. Fallon issued a Report and Recommendation (D.I. 18 ("R&R")), recommending that the Court grant-in-part and deny-in-part Defendants' pending motion to dismiss (D.I. 7); and

WHEREAS, the Court has reviewed the R&R and the objections *de novo*, 28 U.S.C. § 636(b), and concludes that that the R&R should be adopted and that the objections should be overruled for the reasons adequately addressed in the R&R;

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion to dismiss is GRANTED-IN-PART and DENIED-IN-PART, as stated in the R&R. Any motion for leave to amend must be filed on or before October 10, 2025.

Dated: September 26, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE